WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:  (714) 509-1760

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| In re:<br><br>Sanders, Ralph E<br><br><br><br>Debtor(s). | Case No. 8:17-BK-10265-MW<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING<br>OF CREDITORS AND APPEARANCE<br>OF DEBTOR(S) 11 U.S.C. §341(a) |
|---|---|

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

　　　　You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 13, 2017** at **11:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:
　　　　UPLOAD COPY OF BOBBYE J. RIVES TRUST AND ACCOUNTING, DISPOSITION AND
　　　　PURPOSE FOR ALL MONIES PAID TO/FROM  DEBTOR FROM THE TRUST
　　　　COPIES OF ALL CHECK RECEIVED FROM TRUST DISTRIBUTIONS
　　　　UPLOAD BANK STATEMENTS ALL ACCOUNTS 1/1/15 TO PRESENT INCLUDING RB
　　　　HOUSING, CHASE, BOBBYE J. RIVES TRUST, CONTINENTAL CURRENCY; BANK OF
　　　　AMERICA
　　　　UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT
　　　　ALL DOCUMENTS RE DISPOSITION AND PURPOSE OF ALL MONIES RECEIVED FROM
　　　　TRUST DISBURSMENTS
　　　　AMEND SCHEDULE B ITEM 32 AND SOFA ITEM 5
　　　　ALL ATTORNEY STATEMENTS & BILLS
　　　　CHART OF HOW ALL MONIES FROM TRUST WERE SPENT


Dated:  March 27, 2017

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

[X] I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ] I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 3/27/17.

/s/  David M. Fitzgerald
David M. Fitzgerald