WENETA M.A. KOSMALA, TRUSTEE  
3 MacArthur Place, Suite 760  
Santa Ana, CA  92707  
Telephone:  (714) 708-8190  
Facsimile:   (714) 509-1760  

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:17-BK-10265-MW |
| Sanders, Ralph E | Chapter 7 |
| Debtor(s). | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ  
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 27, 2017** at **10:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

    PURPOSE FOR ALL MONIES PAID TO/FROM  DEBTOR FROM THE BOBBYE J. RIVES  
    COPIES OF ALL CHECKS RECEIVED FROM TRUST DISTRIBUTIONS  
    UPLOAD CHASE BANK STATEMENTS ROBBIE BOBYE HOUSING INC 4/30/16 - 8/31/16 AND 12/31/16 - PRESENT ALL ACCOUNTS  
    UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT  
    AMEND SCHEDULE B ITEM 32 AND SOFA ITEM 5  
    CHART OF HOW ALL MONIES FROM TRUST WERE SPENT  
    ALL ATTORNEY INVOICES AND LEDGERS  
    BANK STATEMENTS REFLECTING PAYMENTS TO ATTORNEYS, OR A DETAILED ACCOUNTING FOR CASH PAYMENTS, INCLUDING ACCOUNTING FOR SOURCE OF FUNDS  
    ALL DOCS RE WITHDRAWALS FROM ROBBIE BOBBYE HOUSING INC., INCLUDING:  $6,300 ON 4/23/16  - $4,780 ON 10/4/16 - $5,710 ON 11/7/16 - $2,150 ON 11/7/16  
    COPY OF LOANME APPLICATION  
    COPIES OF DEPOSITS INTO ROBBIE BOBBYE HOUSING INC. (COPIES OF CHECKS AND RECEIPTS)  
    ALL DOCUMENTS RE TERMS OF DEBTOR'S COMPENSATION  

Dated:  April 17, 2017

/s/ WENETA M.A. KOSMALA  
WENETA M.A. KOSMALA  
Chapter 7 Trustee

[X]  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 4/17/17.

/s/  David M. Fitzgerald  
David M. Fitzgerald