PETER C. ANDERSON
UNITED STATES TRUSTEE
QUEENIE K. NG, State Bar No. 223803
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building
and United States Courthouse
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701
(714) 338-3403 telephone
(714) 338-3421 facsimile
Email: queenie.k.ng@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**RALPH E. SANDERS,**<br><br>       Debtor. | Case No.: 8:17-bk-10265 MW<br><br>Chapter 7<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION TO DISMISS PURSUANT TO 11 U.S.C. §707(b) AND/OR AN ADVERSARY COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727 FOR THE UNITED STATES TRUSTEE AND CHAPTER 7 TRUSTEE ONLY**<br><br>[No Hearing Required] |

**TO THE HONORABLE RALPH SANDERS, UNITED STATES BANKRUPTCY JUDGE, DEBTOR AND ALL INTERESTED PARTIES:**

The United States Trustee ("United States Trustee"), Weneta M.A. Kosmala, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Ralph E. Sanders (the "Debtor"), and Ralph E. Sanders, enter into this Stipulation to Extend Deadline for Filing a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) and/or an Adversary Complaint Objecting to Debtor's Discharge

- 1 -

Pursuant to 11 U.S.C. § 727 (the "Stipulation") for the United States Trustee and Chapter 7 Trustee Only. In support of the Stipulation, the parties refer to the following recitals:

### RECITALS

A. The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on January 25, 2017. Weneta M.A. Kosmala was appointed Chapter 7 trustee.

B. The United States Trustee and Chapter 7 Trustee were informed that the Debtor received at least $98,600.00 pre-petition as a beneficiary of the Bobbye J. Rives Trust (the "Trust"). The Debtor also owns an unscheduled business named Robbie Bobbye Housing, Inc. During the initial meeting of creditors under § 341(a) held on March 9, 2017, the United States Trustee and Chapter 7 Trustee requested documentation and/or information from the Debtor regarding his financial affairs.

C. As of the date of the filing of this Stipulation, the Debtor has produced certain requested documentation and/or information, but the United States Trustee and Chapter 7 Trustee are still missing certain documentation regarding the Debtor's financial affairs. On April 25, 2017, the Debtor filed an Amended Schedule B to disclose his beneficiary interest in the Trust. But the Debtor has yet to amend his Statement of Financial Affairs to disclose all the income received in the two-year period prior to his bankruptcy petition, and his interest in Robbie Bobbye Housing, Inc.

D. The current § 341(a) meeting of creditors is continued to May 25, 2017.

E. The United States Trustee and Chapter 7 Trustee need additional time to investigate this case and allegations regarding the Debtor. The United States Trustee and Chapter 7 Trustee also need additional time to review the documentation produced by the Debtor. Therefore, the United States Trustee and Chapter 7 Trustee are seeking an extension of time to file a complaint objecting to the Debtor's discharge under § 727 and/or to file a motion to dismiss the Debtor's case under § 707(b).

F. Based on the foregoing, the United States Trustee and the Trustee request an extension of the deadline for filing a motion to dismiss the case under 11 U.S.C. § 707(b), and/or a complaint objecting to discharge under 11 U.S.C. § 727 through and including August 8,

2017, so that a determination can be made regarding whether an objection to discharge or dismissal is appropriate.

**ACCORDINGLY, SUBJECT TO THE COURT'S APPROVAL OF THIS STIPULATION, IT IS HEREBY STIPULATED THAT:**

1. The above recitals are incorporated herein by this reference; and
2. The deadline to file a complaint to deny the Debtor's discharge under 11 U.S.C. § 727 and/or a motion to dismiss the Debtor's case under 11 U.S.C. § 707(b)(2) and § 707(b)(3) shall be extended from the current deadline of May 8, 2017, through and including August 8, 2017 for the United States Trustee and Chapter 7 Trustee Only.

DATED: May 3, 2017

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
QUEENIE K. NG
Trial Attorney

Dated: May 2, 2017

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: _____
REEM J. BELLO
Attorney for Weneta M.A. Kosmala,
Chapter 7 Trustee

Dated: May 2, 2017

By: _____
RALPH E. SANDERS, Debtor

- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):

**STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION TO DISMISS PURSUANT TO 11 U.S.C. §707(b) AND/OR AN ADVERSARY COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727 FOR THE UNITED STATES TRUSTEE AND CHAPTER 7 TRUSTEE ONLY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **May 3, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **May 3, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 3, 2017,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 3, 2017 | Michele Saffari | /s/ Michele Saffari |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Weneta Kosmala | Ch. 7 trustee | ecf.alert+Kosmala@titlexi.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

    Debtor:
    **Ralph E Sanders**
    1251 W Bishop St
    Santa Ana, CA 92703

3. **SERVED BY (state method for each person served):**

    **PERSONAL DELIVERY, FACSIMILE OR EMAIL**

    Judge's Copy

    Honorable Mark S. Wallace – bin on the 5th Floor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE