PETER C. ANDERSON
UNITED STATES TRUSTEE
QUEENIE K. NG, State Bar No. 223803
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building
and United States Courthouse
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701
(714) 338-3403 telephone
(714) 338-3421 facsimile
Email: queenie.k.ng@usdoj.gov

**FILED & ENTERED**

MAY 09 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:17-bk-10265 MW |
| **RALPH E. SANDERS**, | Chapter 7 |
| Debtor. | **ORDER APPROVING AMENDED STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b) AND/OR ADVERSARY COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727 FOR THE UNITED STATES TRUSTEE AND CHAPTER 7 TRUSTEE ONLY** |
| | [No Hearing Required] |

　　The Court, having read and considered the *Amended Stipulation To Extend The Deadline For Filing A Motion To Dismiss Pursuant To 11 U.S.C. § 707(b) And/Or An Adversary Complaint Objecting to The Debtor's Discharge Pursuant To 11 U.S.C. § 727 For The United States Trustee*

- 1 -

*And Chapter 7 Trustee Only* (the "Stipulation"), entered into by and among the United States Trustee, Weneta M.A. Kosmala, the Chapter 7 Trustee (the "Chapter 7 Trustee") for the bankruptcy estate of Ralph E. Sanders, and Ralph E. Sanders (the "Debtor"), filed on May 8, 2017, as Docket No. 19, and for GOOD CAUSE APPEARING, the Court orders as follows:

1. The Stipulation shall be and hereby is APPROVED in its entirety;
2. The deadline for the United States Trustee and Chapter 7 Trustee to file a complaint to deny the Debtor's discharge under 11 U.S.C. § 727 and/or a motion to dismiss the Debtor's case under 11 U.S.C. § 707(b)(2) and § 707(b)(3) shall be extended from the current deadline of May 8, 2017, through and including August 8, 2017.

IT IS SO ORDERED.

# # #

Date: May 9, 2017

Mark S. Wallace
United States Bankruptcy Judge

- 2 -