WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:   (714) 509-1760

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:17-BK-10265-MW |
| Sanders, Ralph E | Chapter 7 |
| Debtor(s). | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

　　　You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **July 18, 2017** at **10:02 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

　　　Off calendar; documents outstanding
UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT (received residential lease agreement 4/11/17 that has nothing to do with Debtor's property management agreement)
AMEND STATEMENT OF FINANCIAL AFFAIRS ITEM 5 and 27

Dated:  June 20, 2017

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

[X]   I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]   I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 6/20/17.

/s/  David M. Fitzgerald
David M. Fitzgerald