WENETA M.A. KOSMALA, TRUSTEE  
3 MacArthur Place, Suite 760  
Santa Ana, CA  92707  
Telephone:  (714) 708-8190  
Facsimile:   (714) 509-1760  

**UNITED STATES BANKRUPTCY COURT**  
**CENTRAL DISTRICT OF CALIFORNIA**  
**SANTA ANA DIVISION**

| In re: | Case No. 8:17-BK-10265-MW |
|---|---|
| Sanders, Ralph E | Chapter 7 |
| Debtor(s). | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ  
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **August 24, 2017** at **10:02 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

off calendar; documents outstanding; notice e-mailed  
UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT (received residential lease agreement 4/11/17 that has nothing to do with Debtor's property management agreement)  
AMEND STATEMENT OF FINANCIAL AFFAIRS ITEM 5 and 27

Dated:  July 21, 2017

/s/ WENETA M.A. KOSMALA  
WENETA M.A. KOSMALA  
Chapter 7 Trustee

[X]  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 7/21/17.

/s/  David M. Fitzgerald  
David M. Fitzgerald