

Ralph E Sanders
1251 W Bishop
Santa Ana, CA 92703

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DIVISION OF CALIFORNIA
## SANTA ANA DIVISION

In re

Ralph E Sanders

Debtor's

Plaintiff(s)

Larnita Pette
   Vs.

Ralph E Sanders

Defendant(s)

Case No. 8:17-bk-10265-MW
Chapter: 7

Adversary No: 8:17-AP-01068-MW
TITLE: **Resignation of Ralph E Sanders as Co-Trustee of Bobye J Rives Trust**

Ralph E Sanders

RE: Bobbye J. Rives Trust ,dated November 30,2011

Re: Resignation of Ralph E Sanders as Co-Trustee

To whom it may concern,

I, Ralph Everett Sanders, do hereby resign as a Co-Trustee of the Bobbye J. Rives Trust, dated November 30,2011. I relinquish all responsibilities and duties that have been assigned to me as a Co-Trustee, as of October 2nd, 2017, and ask that the courts appoint a private fiduciary to distribute the rest of the Trust funds and do the final accounting due to the following reasons:

The Estate has closed.

Co-Trustee Beverly Murray Calcote has resigned from the Bobbye J Rives Trust and Beverly had the Bobbye J. Rives account in her name only and Beverly Murray Calcote wrote all checks to and from that account.

The Bobbye J Rives Trust states that under no circumstance shall the Trustors daughter be a successor Trustee and therefore should have no part in finding the court appointed private fiduciary.

If there are any other responsibilities, obligations, fiduciary responsibilities or duties that should be carried out by the Trustee, I relinquish said duties to any private fiduciary or named back up Trustee as indicated in the Bobbye J Rives Trust. In conclusion, I can be reached at the address and phone number below if needed.

Respectfully,

*Ralph E Neverett Sanders*

Ralph Everett Sanders

1251 W Bishop St,

Santa Ana, CA 92703

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of __Orange__         )

On __10/18/17__ before me, __Juan Hernandez, Notary Public__,
    Date                               Here Insert Name and Title of the Officer

personally appeared __Ralph E Sanders__
                                 Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

[Seal: J. HERNANDEZ, Notary Public - California, Orange County, Commission # 2153409, My Comm Expires May 20, 2020]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Trust Resignation__
Document Date: __11, 30, 2011__          Number of Pages: __1__
Signer(s) Other Than Named Above: __n/a__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Ralph E Sanders__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Individual   ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: __Self__

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907