| RALPH SANDERS<br>745 W FOURTH AVE<br>LA HABRA, CA<br>90631 | FOR COURT USE ONLY<br><br>**FILED**<br>OCT 31 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br>RALPH SANDERS | CASE NO.: 8:17-bk-10265-MW<br>CHAPTER: 8:17-ap-01065-MW |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☒ Debtor    ☐ Joint-Debtor    ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): RALPH SANDERS
   Mailing Address: 1231 W BISHOP ST
   City, State, Zip Code: SANTA ANA, CA

3. **New Address:**
   Mailing Address: 745 W FOURTH AVE
   City, State, Zip Code: LA HABRA, CA 90631

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 10-31-2019    RALPH SANDERS
                    Requestor's printed name(s)

                    _[signature]_
                    Requestor's signature(s)

                    _____
                    Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                         F 1002-1.3.CHANGE.ADDRESS