ORIGINAL

FILED
OCT 25 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

ENTERED
OCT 29 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

LODGED
OCT 23 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:

**GREGORY L. BOSSE, ESQ.**, State Bar No. 103641
**LAW OFFICES OF GREGORY L. BOSSE**
940 W. 17th Street, Suite F
Santa Ana, California 92706
(714) 550-9555 Telephone
(714) 316-1344 Fax
greg@lawbosse.com

Attorneys for Defendant, RALPH E. SANDERS

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE: <br> RALPH E. SANDERS, <br> Debtor, <br><br> LARNITA PETTE, <br> Plaintiff, <br> vs. <br> RALPH SANDERS, <br> Defendant. | Case No. 8:17-bk-10265-MW <br> Chapter 7 <br> Adv. No. 8:17-AP-01068-MW <br><br> MSW <br> [PROPOSED] JUDGMENT |

– 1 –
[PROPOSED] JUDGMENT

On October 18, 2019 the Court granted Defendant's FRCP 54(b) Motion for Entry of Judgment for a partial final judgment on Plaintiff's false oath claim pursuant to 11 U.S.C. § 727(a)(4)(A). Whereas the Court found that there was no just reason for delay and immediate appellate review of the Court's Order denying discharge under 11 U.S.C. § 727 would not result in duplicative proceedings:

**IT IS HEREBY ORDRED** that a final JUDGMENT OF DENIAL OF DISCHARGE BE ENTERED that Ralph Sanders is denied a discharge pursuant to 11 U.S.C. § 727(a)(4)(A).

**IT IS SO ORDERED.**

Dated: October 25, 2019

_____
The Honorable Mark S. Wallace

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **940 W. 17th Street, Suite F, Santa Ana, CA 92706**

A true and correct copy of the foregoing document entitled (*specify*): **[PROPOSED] JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 23, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Weneta M. Kosmala (TR) - wkosmala@kosmalalaw.com**
**United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued

**2. SERVED BY UNITED STATES MAIL**:
On **October 23, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Larnita Pette (ALSO VIA EMAIL)**
**2588 El Camino Real, Suite F-195**
**Carlsbad, CA 92008**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 23, 2019,** I served the following persons and/or entities by **personal delivery**, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court (PERSONAL DELIVERY)**
**Attn: Honorable Mark S. Wallace**
**411 W. Fourth Street, Suite / Courtroom 6135/6C**
**Santa Ana, CA 92701**

☐ Service information continued on

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

October 23, 2019          LYNN CASTRO          /s/ Lynn Castro

- 3 -
**[PROPOSED] JUDGMENT**