United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-10265-MW
Ralph E Sanders                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: nbolteC          Page 1 of 2          Date Rcvd: Apr 27, 2020
                              Form ID: pdf002        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
```
db              +Ralph E Sanders,    745 W Fourth Ave,    La Habra, CA 90631-6011
37575146        +800 Loan Mart,    P. O. Box 260210,    Encino, California 91426-0210
37575147         ASC/Wells Fargo Education,    P.O. Box 5185,    Sioux Falls, SD 57117-5185
37575148        +Bobbie Rives,    C/O Witham Mahoney & Abbott, LLP,    401 B Street,
                  San Diego, California 92101-4223
37575150        +Daniel W. Abbott, Esq.,    C/O Witham Mahoney & Abbott, LLP,    401 B Street,
                  San Diego, California 92101-4223
37575152         Depadment of the Treasury,    Internal Revenue Service,    Fresno, CA 93888-0030
37849758        +HSBC- ORCHARD BANK,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
37575153        +Hosey & Bahrambeygui, Attorney at Law, LLP,    225 Broadway, Suite 1460,
                  San Diego, CA 92101-5052
37575154        +Larnita Pette,    C/O Witham Mahoney & Abbott, LLP,    401 B Street,
                  San Diego, California 92101-4223
37575156        +Luis Ventura,    960 Cordova Drive,    Chula Vista, CA 91910-8700
37575157        +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
37575158        +OC Global Medical Center,    1001 N. Tustin Avenue,    Santa Ana, CA 92705-3502
37575145        +Ralph E. Sanders,    121 W. Bishop Street,    Santa Ana, California 92701
37575167        +Spotloan,    P.O. Box 927,    Palapine, IL 60078-0927
37575160        +Stephen D. Blea Esq.,    c/o Witham Mahoney & Abbott, LLP,    401 B Street,
                  san Diego, CA 92101-4223
37575161        +Superior Court of the State of California,    County of Orange, Central Justice Center,
                  700 Civic Center Drive, West,    Santa Ana, CA 92701-4045
37575162        +Superior Court of the State of California,    County of San Diego, Central Division,
                  220 W. Broadway,    San Diego, CA 92101-3877
37575163        +Superior Court of the State of California,    County of San Diego, Central Division,
                  330 W. Broadway,    San Diego, CA 92101-3827
37575166        +Witham Mahoney & Abbott, LLP,    401 B Street,    San Diego, CA 92101-4223
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: itcdbg@edd.ca.gov Apr 28 2020 04:22:58      Employment Development Dept.,
                  Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg              E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 28 2020 04:24:23      Franchise Tax Board,
                  Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA  95812-2952
37575149        +E-mail/Text: convergent@ebn.phinsolutions.com Apr 28 2020 04:23:40      Convergent,
                  P.O. Box 9004,    Renton, WA 98057-9004
37575151        +E-mail/Text: electronicbkydocs@nelnet.net Apr 28 2020 04:23:10      Department of Education,
                  121 South 13th Street,    Lincoln, NE 68508-1904
37575155        +E-mail/Text: bankruptcy@loanme.com Apr 28 2020 04:24:05      Loanme, Inc.,
                  1900 S. State College Blvd., #300,    Anaheim, CA 92806-6152
37575159        +E-mail/Text: bankruptcypgl@plaingreenloans.com Apr 28 2020 04:23:44      Plain Green, LLC,
                  P.O. Box 270,    Box Elder, MT 59521-0270
37575164        +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 04:28:28      SYNCB/Walmart,    P.O Box 965024,
                  Orlando, FL 32896-5024
37575165         E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 04:27:58      Walmart,    P.O. Box 103027,
                  Roswell, GA 30076
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp             Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                            Signature:  /s/Joseph Speetjens

```
District/off: 0973-8          User: nbolteC              Page 2 of 2               Date Rcvd: Apr 27, 2020
                              Form ID: pdf002            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
          Gregory L Bosse    on behalf of Defendant Ralph E Sanders greg@lawbosse.com, lynn@lawbosse.com
          Noreen A Madoyan    on behalf of Interested Party    Courtesy NEF Noreen@MarguliesFaithLaw.com,
           Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
          Queenie K Ng    on behalf of U.S. Trustee    United States Trustee (SA) queenie.k.ng@usdoj.gov
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Weneta M Kosmala (TR)     ecf.alert+Kosmala@titlexi.com,
           wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                            TOTAL: 5
```

ORIGINAL

**FILED OCT 25 2019**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ENTERED OCT 29 2019**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**LODGED OCT 23 2019**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**GREGORY L. BOSSE, ESQ., State Bar No. 103641**
**LAW OFFICES OF GREGORY L. BOSSE**
940 W. 17th Street, Suite F
Santa Ana, California 92706
(714) 550-9555 Telephone
(714) 316-1344 Fax
greg@lawbosse.com

Attorneys for Defendant, RALPH E. SANDERS

# UNITED STATES BANKRUPTY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>RALPH E. SANDERS,<br><br>Debtor,<br><br>―――――――――――<br><br>LARNITA PETTE,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH SANDERS,<br><br>Defendant. | Case No. 8:17-bk-10265-MW<br>Chapter 7<br>Adv. No. 8:17-AP-01068-MW<br>MSW<br>[~~PROPOSED~~] JUDGMENT |

- 1 -
[~~PROPOSED~~] JUDGMENT

On October 18, 2019 the Court granted Defendant's FRCP 54(b) Motion for Entry of Judgment for a partial final judgment on Plaintiff's false oath claim pursuant to 11 U.S.C. § 727(a)(4)(A). Whereas the Court found that there was no just reason for delay and immediate appellate review of the Court's Order denying discharge under 11 U.S.C. § 727 would not result in duplicative proceedings:

**IT IS HEREBY ORDRED** that a final JUDGMENT OF DENIAL OF DISCHARGE BE ENTERED that Ralph Sanders is denied a discharge pursuant to 11 U.S.C. § 727(a)(4)(A).

**IT IS SO ORDERED.**

Dated: October 25, 2019

_Mark A. Wallace_
The Honorable Mark S. Wallace

- 2 -
**[PROPOSED] JUDGMENT**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **940 W. 17th Street, Suite F, Santa Ana, CA 92706**

A true and correct copy of the foregoing document entitled (*specify*): **[PROPOSED] JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 23, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Weneta M. Kosmala (TR) - wkosmala@kosmalalaw.com**
**United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued

**2.SERVED BY UNITED STATES MAIL**:
On **October 23, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Larnita Pette (ALSO VIA EMAIL)**
**2588 El Camino Real, Suite F-195**
**Carlsbad, CA 92008**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 23, 2019**, I served the following persons and/or entities by **personal delivery**, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court (PERSONAL DELIVERY)**
**Attn: Honorable Mark S. Wallace**
**411 W. Fourth Street, Suite / Courtroom 6135/6C**
**Santa Ana, CA 92701**

☐ Service information continued on

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

October 23, 2019        LYNN CASTRO

- 3 -
**[PROPOSED] JUDGMENT**